**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

November 27, 2007

**LETTER ORDER**

Re:   East Bloom Industrial Ltd. v. Sakar International, Inc.
      Civil Action No. 06-2408 (PGS) (ES)

Dear Counsel:

An in-person settlement conference, before the Undersigned, has been set for **January 15, 2008, at 11:30 a.m.**.   One week prior to the conference, each party is to deliver to the Court a confidential letter, NOT to exceed 5 pages in total, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement.  Trial counsel and clients with full settlement authority are to be present IN PERSON at the conference. Any failure in this regard may result in the imposition of sanctions. Should you have any questions please call (973) 297-4887.

        SO ORDERED.

                                        *s/ Esther Salas*
                                        **Esther Salas**
                                        **UNITED STATES MAGISTRATE JUDGE**